# Third District Court of Appeal

## State of Florida

Opinion filed May 19, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-46
Lower Tribunal Nos. 14-1940SP & 19-187AP

_____


**Valles & Associates Rehabilitation Services, Inc.,
a/a/o Steven A. Harmon,**
Appellant,

vs.

**United Automobile Insurance Company,**
Appellee.


An Appeal from the County Court for Miami-Dade County, Diana Gonzalez-Whyte, Judge.


Best & Menendez, and Virginia M. Best and Johanna M. Menendez, for appellant.

Michael J. Neimand, for appellee.


Before EMAS, C.J., and SCALES and LOBREE, JJ.

PER CURIAM.

Affirmed.